UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIAH S. HAYES,

    Defendant.

Case: 4:25-cr-20034
Judge: Behm, F. Kay
MJ: Ivy, Curtis
Filed: 01-27-2025
INFO USA v HAYES (sk)

Violation:
18 U.S.C. § 922(a)(6)

_____

**INFORMATION**
_____

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
**FALSE STATEMENT DURING ACQUISITION OF A FIREARM**
**18 U.S.C. § 922(a)(6)**

On or about August 19, 2021, in the Eastern District of Michigan, the defendant, MARIAH S. HAYES, in connection with the acquisition of a firearm, that is, a Glock, Model 23, .40 caliber, semi-automatic pistol, from Business-1, a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement that was intended and likely to deceive Business-1 about a fact material to the lawfulness of her acquisition of the firearm, that is, the defendant executed a Department of Justice, ATF Form 4473,

Firearms Transaction Record, that represented that she was the actual buyer of the firearm identified on the form, when in fact, as the defendant then and there well knew, she was not the actual buyer of the firearm.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

Dated: January 27, 2025

                                              JULIE A. BECK
                                              Acting United States Attorney

                                              s/ANTHONY P. VANCE
                                              ANTHONY P. VANCE
                                              Assistant United States Attorney
                                              Chief – Branch Offices
                                              600 Church Street
                                              Flint, Michigan 48502-1280
                                              Phone: (810) 766-5177
                                              anthony.vance@usdoj.gov
                                              P61148

**Companion Case information MUST be completed by AUSA and initialed.**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes       X No | AUSA's Initials: AV |

**Case Title:** USA v.   Mariah Hayes

**County where offense occurred:**   Genesee County

**Check One:**   X **Felony**       ☐ **Misdemeanor**       ☐ **Petty**

    ___ Indictment/ ___ Information --- no prior complaint.
    ___ Indictment/ _x_ Information --- based upon prior complaint [Case number:] **23-mj-30011**
    ___ Indictment/ ___ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

    ☐ Corrects errors; no additional charges or defendants.
    ☐ Involves, for plea purposes, different charges or adds counts.
    ☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: January 27, 2025

    s/*Anthony P. Vance*
    Anthony P. Vance
    Assistant United States Attorney
    600 Church St. Ste. 200, Flint, MI 48502
    Fax: 810-766-5427
    E-Mail address: Anthony.vance@usdoj.gov
    Attorney Bar #:   P 61148

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.